# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., | ) ) ) |
| Plaintiffs, | ) Case 16 cv 8010 ) |
| | ) Judge Dow |
| v. | ) ) |
| JOSEPH WOODWORKING CORP., | ) ) ) |
| Defendant. | ) |

## MOTION FOR AGREED ORDER OF DISMISSAL

Plaintiffs, TRUSTEES of the CHICAGO REGIONAL COUNCIL of CARPENTERS PENSION FUND, et al., by their attorney, David Whitfield, move this court to enter an agreed order of dismissal in the sum of $45,541.32. In support, Plaintiffs state as follows:

1. The Parties have jointly agreed to an agreed order of dismissal in the sum of $45,541.32, representing amounts in ERISA contributions, interest on ERISA contributions, liquidated damages, dues, and reasonable attorney fees and costs. **(See Exhibit A, Agreed Order of Dismissal)**

WHEREFORE, Plaintiffs pray that their motion for agreed order of dismissal is entered in the amount of $45,541.32.

Respectfully submitted,
By: /s/ David Whitfield

Attorney for Plaintiffs
Whitfield McGann & Ketterman
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 251-9700 Fax (312) 251-9701